UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARK EUGENE HATCHER,

        Plaintiff,

v.                                             Case No. 3:26-cv-868-JEP-PDB

LEUTENANT CALEB BURNETT,
et al.,

        Defendants.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Mark Eugene Hatcher, an inmate of the Florida penal system who is proceeding pro se, initiated this action by filing a Complaint for Violation of Civil Rights ("**Complaint**," Doc. 1).[1] In the Complaint, Plaintiff seems to allege he was deprived of meals, clothing, medications, bedding, mattress, and toilet paper while on strip status for over 72 hours in February–March 2026 during his incarceration at Florida State Prison. (*See id.* at 4–5, 12–14).

---

[1] The Court assumes that Plaintiff desires to proceed as a pauper because he did not submit the filing fee with his Complaint.

The Prison Litigation Reform Act ("**PLRA**") amended 28 U.S.C. § 1915 by adding the following subsection:

> (g)  In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). Section 1915(g), commonly referred to as the "three strikes" provision, requires this Court to consider prisoner actions dismissed before, as well as after, the enactment of the PLRA.

The Court takes judicial notice of other actions previously brought by Plaintiff that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted: (1) *Hatcher v. Makarowski*, No. 3:23-cv-1302-HES-LLL, Doc. 3 (M.D. Fla. Jan. 22, 2024) (dismissing the case for failure to state a claim); (2) *Hatcher v. State,* No. 3:24-cv-1017-MMH-SJH, Doc. 4 (M.D. Fla. Jan. 29, 2025) (dismissing the case for failure to state a claim); (3) *Hatcher v. Cardenas,* No. 3:25-cv-1098-WWB-PDB, Doc. 4 (M.D. Fla. Oct. 9, 2025) (dismissing the case for failure to state a claim); and (4) *Hatcher v. Cardenas*, No. 3:25-cv-1102-MMH-MCR, Doc. 3 (M.D. Fla. Sep. 24, 2025) (dismissing the case for failure to state a claim). Thus, Plaintiff is a three-strikes litigant pursuant to 28 U.S.C. § 1915(g). *See Hatcher*

*v. Griffin*, No. 3:26-cv-220-WWB-LLL, Doc. 5 (M.D. Fla. Feb. 5, 2026) (finding that Hatcher is a three-strikes litigant). Further, Plaintiff's allegations do not warrant the imminent danger exception to dismissal. Therefore, the Court will dismiss this case without prejudice. Plaintiff may initiate a new civil rights action by filing a new civil rights complaint form and paying $405.00 ($350.00 filing fee and $55.00 administrative fee).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     This case is **DISMISSED without prejudice**.

2.     The **Clerk** shall send a copy of Plaintiff's filings and the Third Amended Standing Order (Doc. 4 in No. 3:14-mc-52-MMH-MCR) to the Inspector General and to the Warden of Florida State Prison.[2]

3.     The **Clerk** shall send Plaintiff three copies of the civil rights complaint form (prisoner filings) for filing other civil rights actions as requested by Plaintiff (*see* Doc. 1 at 21). Plaintiff should not place this case number on the forms.

4.     The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close this case.

---

[2] Somewhat unrelated to the claims in this action, Plaintiff alleges he has witnessed incidents involving other inmates that have put him in fear for his own life and that he has been denied his diabetic medication for prolonged periods of time. (*See* Doc. 1 at 12–17).

**DONE AND ORDERED** at Jacksonville, Florida, this 23rd day of April, 2026.

_____
JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

Jax-11
c:
Mark Eugene Hatcher, #133180